**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 05-44128 |
| RICHARD P. YASAK | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| | ) | JUDGE PAMELA S. HOLLIS |
| Debtor | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT,
HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING
ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

TO the Debtor, Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

> At: U.S. BANKRUPTCY COURT
> 219 South Dearborn, Courtroom 644
> Chicago, Illinois 60604
>
> on: January 11, 2007
> at: 10:30 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and any objections to the pending applications, and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:
   a. Receipts                                         $       50,053.73

   b. Disbursements                                    $            0.00

   c. Net Cash Available for Distribution              $       50,053.73

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Trustee | $ 0.00 | $ 5,752.69 | $ |
| Trustee's Attorney | $ 0.00 | $ 4,510.00 | $ |

Mandell Menkes LLC

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, secured tax claims totaling $23,523.17 must be paid in full for there to be any dividend to general unsecured creditors. The dividend for secured tax claims is anticipated to be 100.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 5 | United States of America, Department of Treasury | $ 23,523.17 | $ 23,523.17 |

6. Claims of general unsecured creditors totaling $100,548.45, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $16.18%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | American Express Travel Related Services Co Inc | $ 662.06 | $ 107.12 |
| 2 | American Express Centurion Bank | $ 3,806.70 | $ 615.89 |
| 3 | eCAST Settlement Corporation | $ 16,782.74 | $ 2,715.30 |
| 4 | eCAST Settlement Corporation | $ 2,071.91 | $ 335.22 |
| 5 | United States of America, Dept. of Treasury | $ 77,225.04 | $ 12,494.34 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois  60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. The Debtor has been discharged.

10. The Trustee proposed to abandon the following property with an aggregate value of no more than $10,500 at the hearing: an antique slot machine that the Debtor valued at $3,000.00 and that the Trustee determined had no liquidation value for the estate; clothes that the Debtor valued at $1,000.00; a life insurance policy that the Debtor valued at - $6,000.00 and that the Trustee determined had an outstanding loan against it, and in which the Debtor claimed a full exemption; a pension that the Debtor claimed was

exempt; a 1997 Pontiac mini-van that the Debtor valued at $4,500.00 and in which he claimed a $1,200.00 exemption and a 1977 Buick Electra 225 that the Debtor valued at $1,000.00-the Trustee determined that neither of these vehicles held liquidation value for the estate.

Dated:   November 29, 2006            For the Court,

                                        By:   KENNETH S GARDNER
                                             Kenneth S. Gardner
                                             Clerk of the United States Bankruptcy Court
                                             219 S. Dearborn Street, 7th Floor
                                             Chicago, IL  60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1         Date Rcvd: Nov 29, 2006
Case: 05-44128                Form ID: pdf002          Total Served: 20

The following entities were served by first class mail on Dec 01, 2006.
 db          +Richard P Yasak,    5501 N Parkside Ave,    Chicago, IL 60630-1209
 aty         +Bruce De'Medici,    333 West Wacker Drive,    Suite 300,    Chicago, IL 60606-1252
 aty         +Bruce E de' Medici,    Mandell Menkes LLC,    333 W. Wacker Drive,    #300,    Chicago, IL 60606-1252
 aty         +Mandell Menkes LLC,    333 West Wacker Drive,    Suite 300,    Chicago, IL 60606-1252
 aty         +Patrick G. Somers,    Mandell Menkes LLC,    333 W. Wacker Drive,    Chicago, IL 60606-1220
 aty         +Robert M. Podlasek,    39 S. LaSalle Street,    Suite 1050,    Chicago, IL 60603-1730
 tr          +Alex D Moglia, ESQ,    Alex D Moglia & Associates Inc,    1325 Remington Rd, Ste H,
               Schaumburg, IL 60173-4815
10612030      American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
10611227      American Express Travel Related Services Co Inc,    c/o Becket and Lee LLP,
               POB 3001 Malvern PA 19355-0701
9987299       American Express Travel Related Svcs Co Inc,    c/o Becket & Lee LLP,    POB 3001,
               Malvern, PA 19355-0701
9987293      +Bank One NA,    Dept. OH 1-0552 Attn: CDV,    800 Brooks Edge Blvd 3,    Westerville, OH 43081-2822
9987294      +Capital One Bank,    Attn Bankruptcy Department,    4851 Cox Rd. #12038-0460,
               Glen Allen, VA 23060-6293
9987295      +Chase NA,    Attn Bankruptcy Department,    880 Brooks Edge Blvd.,    Westerville, OH 43081-2822
9987300       Citibank SD,    Attn Bankruptcy Department,    PO Box 6241,    Sioux Falls, SD 57117-6241
9987304     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:   IRS,    230 S. Dearborn St.,    Mail Stop 5010 CHI,
               Chicago, IL 60604-1505)
9987302      +Kaplan & Chaet LLC,    5215 Old Orchard Rd., Suite 300,    Skokie, IL 60077-1020
9987297      +Mileage Plus,    Attn Bankruptcy Department,    880 Brooks Edge Blvd. 3 West,
               Westerville, OH 43081-2822
9987298       Palisades Collection LLC,    Attn Bankruptcy Department,    210 Sylvan Ave.,
               Englewood Cliffs, NJ 07632-2524
9987303      +Resurgence Financial LLC,    Attn Bankruptcy Department,    5215 Old Orchard Rd,    STE 300,
               Skokie, IL 60077-1020,    MBNA America
9987296       eCAST Settlement Corporation,    as assignee of MBNA America Bank NA,    POB 35480,
               Newark, NJ 07193-5480

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9987292       Creditor Matrix
9987301*     +Chase NA,    Attn Bankruptcy Department,    880 Brooks Edge Blvd.,    Westerville, OH 43081-2822
9987305*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:   IRS,    230 S. Dearborn St.,    Mail Stop 5010 CHI,
               Chicago, IL 60604-1505)
9987306*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:   IRS,    230 S. Dearborn St.,    Mail Stop 5010 CHI,
               Chicago, IL 60604-1505)
                                                                                               TOTALS: 1, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 01, 2006**                    **Signature:** _/s/ Joseph Speetjens_