IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Case No 05-44128 |
| | ) | |
| Richard P. Yasak | ) | Chapter 7 |
| Debtor | ) | Hon. Pamela S. Hollis |
| | | Hearing Date: 1-30-07 |
| | | At 10:30 a.m. |

ORDER AWARDING AND AUTHORIZING
PAYMENT OF COMPENSATION AND EXPENSES

This matter came on to be heard on the final application of Mandell Menkes LLC for the allowance and payment of fees; the applicant provided due notice; the Court conducted a hearing thereon, and being advised in the premises, orders as follows:

A. Final fees of $4,510.00 are allowed as follows to Mandell Menkes LLC:

B. Upon filing his Final Distribution Report with the Court, the Trustee is directed to forthwith pay to Mandell Menkes LLC the fees allowed in Paragraph A of this Order.

Dated: JAN 3 0 2007

_____
Bankruptcy Judge

Bruce de'Medici        #6184818
Mandell Menkes LLC
333 West Wacker Drive
Suite 300
Chicago, Illinois 60606
312.251.1000
154597